■ The People of the State of New York, Respondent, v Sin Tung Chan, Appellant. [670 NYS2d 337] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered April 7, 1997, convicting him of coercion in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see, People v Bynum,* 70 NY2d 858; *People v Bolling,* 220 AD2d 760). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80; *People v Roman,* 84 AD2d 851).

The defendant's remaining contention is without merit. Rosenblatt, J. P., Sullivan, Santucci and Goldstein, JJ., concur.